446

In re Charles H. Albers, Receiver (B. H. Molner, Assignee) v. William D. Martin.
Ridgeway State Bank of Chicago (B. H. Molner, Assignee), Appellee, v. William D. Martin, Appellant.

Gen. No. 42,213.

Heard in second division, first district, this court at April term, 1942; opinion filed November 17, 1942. Marcellus W. Meek and Laurence B. Jacobs, for appellant; Maurice Weissman, for appellee. Opinion by JUSTICE FRIEND. "Not to be published in full."

Anthony Cerami, Appellee, v. John M. Thomson, Appellant.

Gen. No. 42,245.

Heard in second division, first district, this court at April term, 1942; opinion filed November 17, 1942. Hoyne, O'Connor, Rubinkam & Melaniphy, for appellant; John C. Melaniphy, of counsel; Peter D. Giachini, for appellee; Robert J. Gorman, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."